**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01657-CV

### MARK PALLA, Appellant

### V.

### BIO-ONE, INC., AYDEMIR ARAPOGLU, AND TRANSTRADE, LLC, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-02222-A**

## ORDER

The Court has before it Sheldon I. Goldstein and Teresa G. Sanchez's February 12, 2014, Motion for Withdrawal of Counsel for appellees Bio-One, Inc. and Transtrade, LLC, and Meghan E. Cook's February 10, 2014, Designation of Lead Counsel for appellees Bio-One, Inc., Aydemir Arapoglu, and Transtrade, LLC.

We **GRANT** Sheldon I. Goldstein and Teresa G. Sanchez's motion to withdraw as attorneys for appellees Bio-One, Inc. and Transtrade, LLC. It is **ORDERED** that Sheldon I. Goldstein and Teresa G. Sanchez are removed as attorneys for appellees Bio-One, Inc. and Transtrade, LLC, and Meghan E. Cook is designated attorney of record for appellees Bio-One, Inc., Aydemir Arapoglu, and Transtrade, LLC.

The Clerk is **DIRECTED** to remove Sheldon I. Goldstein and Teresa G. Sanchez as attorneys for appellees Bio-One, Inc. and Transtrade, LLC. The Clerk is further **DIRECTED** to substitute Meghan E. Cook, The Law Offices of Meghan E. Cook, P.O. Box 600143, Dallas, Texas 75360, as attorney of record for appellees Bio-One, Inc., Aydemir Arapoglu, and Transtrade, LLC. The Clerk is further **DIRECTED** to send copies of this Order to Sheldon I. Goldstein, Teresa G. Sanchez, Aydemir Arapoglu, and Meghan E. Cook.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE